# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 19, 2008

135295

CARLTON GORDON,
          Plaintiff-Appellant,

v

NUCRAFT FURNITURE COMPANY, INC.,
CONNECTICUT INDEMNITY COMPANY, and
MICHIGAN INSURANCE COMPANY,
          Defendants-Appellees.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135295
COA: 277331
WCAC: 06-000038

On order of the Court, the application for leave to appeal the October 9, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 19, 2008

0211

_____
Clerk